**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
Sentencing Hearing

Case Number: 6:23-cr-98-PGB-RMN

| UNITED STATES OF AMERICA | Government's Counsel: | Courtney Richardson-Jones |
| Plaintiff, | | |
| v. | | |
| Michael Vanness, Jr. | Defense Counsel: | Joshua Roy Lukman |
| Defendant. | | |

| Judge: | **Paul G. Byron** | Court Reporter | Koretta Stanford<br>courtreporterstanford@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | October 19, 2023 | Time: | 1:32 PM – 2:14 PM<br>42 minutes |

Case called. Appearances taken. Defendant sworn.

L.J. gave an unsworn statement.

A.H. gave an unsworn statement.

Government makes an ore tenus Motion to Seal Doc. No. 38. The Court grants the motion.

Defendant is adjudged guilty to Counts Two, Three, and Four of the Indictment. Counts One and Five are DISMISSED.

**IMPRISONMENT:** 960 months. This term consists of a 360 month term each as to Counts 2 and 3 to run consecutive to each other, and a 240 month term as to Count 4 to run consecutive to Counts 2 and 3.

**SUPERVISED RELEASE:**  Life. This term consists of a Life term as to Counts Two-Four, all such terms to run concurrently.

The mandatory drug testing requirements are imposed.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**

- Mental Health Treatment
  No New Credit Charges or Cards
  Sex Offender Conditions
  Collection of DNA

**FORFEITURE:**   Defendant shall forfeit to the United States those assets previously identified in the Order of Forfeiture (Doc. 41), that are subject to forfeiture.

**FINE:**  Waived

**SPECIAL ASSESSMENT:**   $300.00, due immediately.

**RESTITUTION**: Deferred. The restitution hearing is scheduled for January 10, 2024 at 1:00 PM. The defendant waives his appearance at this hearing.

Plea Agreement is accepted.

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.

Court adjourned.